42 U.S.C. § 1985(3)
28 U.S.C. § 1331(a)

MIKE REDFORD
FULL NAME

COMMITTED NAME (if different)

27823 MAIN STREET
FULL ADDRESS INCLUDING NAME OF INSTITUTION
MORGAN, GA 39866

1207476
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
APR -8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 6 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MIKE REDFORD

PLAINTIFF,

v.

GREENDOT CORPORATION
P.O. BOX 5100
PASADENA, CA 91117

DEFENDANT(S).

CASE NUMBER 2:20-CV-03260-JGB-PVC
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

N/A

a. Parties to this previous lawsuit:
Plaintiff N/A

Defendants

b. Court

c. Docket or case number

d. Name of judge to whom case was assigned

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) N/A

f. Issues raised:

g. Approximate date of filing lawsuit:

h. Approximate date of disposition

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No N/A

   If your answer is no, explain why not N/A

3. Is the grievance procedure completed? ☐ Yes ☐ No N/A

   If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff MIKE REDFORD
(print plaintiff's name)
who presently resides at CALHOUN STATE PRISON 27823 MAIN STREET, MORGAN, GA. 39866,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
GREENROOT CORPORATION, PASADENA, CA. 91117
(institution/city where violation occurred)
42 U.S.C. 1985(3), 28 U.S.C. 21331

on (date or dates) 11/20/2019 (Claim I), 12/20/2019 (Claim II), 12/5/2019 (Claim III).

**NOTE**: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant PRESIDENT (full name of first defendant) resides or works at
P.O-BOX 5100, PASADENA, CA. 91117 (full address of first defendant)
PRESIDENT (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
FRAUD, CONSTITUTIONAL VIOLATION, DEPRIVATION OF DUE PROCESS, EQUAL PROTECTION, THEFT BY CONVERSION

2. Defendant CHIEF FINANCIAL OFFICER (full name of first defendant) resides or works at
P.O. BOX 5100, PASADENA, CA. 91117 (full address of first defendant)
CHIEF FINANCIAL OFFICER (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
FRAUD, CONSTITUTIONAL VIOLATION, DEPRIVATION OF DUE PROCESS, EQUAL PROTECTION, THEFT BY CONVERSION, INTERSTATE COMMERCE

3. Defendant CHAIR - CHIEF EXECUTIVE OFFICER (full name of first defendant) resides or works at
P.O. BOX 5100, PASADENA, CA. 91117 (full address of first defendant)
CHIEF EXECUTIVE OFFICER (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
FRAUD, BREACH OF CONTRACT, CONSTITUTIONAL VIOLATION, DEPRIVATION OF DUE PROCESS, EQUAL PROTECTION, THEFT BY CONVERSION, INTERSTATE COMMERCE LAW.

4. Defendant LEGAL DEPARTMENT resides or works at
(full name of first defendant)
P.O. BOX BOX 5100, PASADENA, CA. 91117
(full address of first defendant)
LEGAL DEPARTMENT
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
FRAUD, CONSTITUTIONAL VIOLATION, DEPRIVATION OF DUE PROCESS, EQUAL PROTECTION, THEFT BY CONVERSION, INTERSTATE COMMERCE LAW

5. Defendant GREENDOT CORPORATION resides or works at
(full name of first defendant)
P.O. BOX 5100, PASADENA, CA. 91117
(full address of first defendant)
GEENDOT CORPORATION
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
FRAUD, CONSTITUTIONAL VIOLATION, DEPRIVATION OF DUE PROCESS, EQUAL PROTECTION, THEFT BY CONVERSION, INTERSTATE COMMERCE LAW.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

1. DEFENDANTS SOLD CARD1 NO. 4143-9702-1268-2375 AMOUNT $500, CARD 2 NO. 4143-9702-1268-2383 AMOUNT $500, CARD 3 NO. 4143-9701-9271-6953 AMOUNT $20, A CHRISTMAS GIFTS TOWARDS HIS LEGAL FEES.
2. DEFENDANT BLOCKED PLAINTIFF FROM USING HIS CARDS TO PAID HIS LEGAL FEES AND SUFFERED LOST OF HIS CONSTITUTIONAL RIGHTS DETRIMENT OF THE DEFENDANT ACTIONS.
3. DEFENDANT FRAUDULENTLY KEEPS DEDUCTING MONTHLY FEES ON THE CARDS WHILE STOPPING HIM FROM USING IT.
4. DEFENDANT BREACH CONTRACT BY TAKING HIS MONEY AND DEFRAUDING HIM OF THE USE OF HIS MONEY.
5. DEFENDANT REFUSED TO REFUND HIS MONEY DESPITE MANY LETTERS TO DO SO, DUE TO OPPRESSIVE CORPORATE TYRANNY IN VIOLATION OF U.S.C.A FIRST AND FOURTEENTH, TWELVETH.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I AM 63 YEARS. I RECEIVED THREE CHRISTMAS CARDS AS GIFTS. I GOT THE CARDS REGISTERED FOR CARD 1 & 2 BUT NOT CARD 3 THESE CARDS ARE BLOCKED AND I NEED THE MONEY. THE GREENDOT DOES NOT WANT ME TO HAVE ACCESS TO MY MONEY BUT THEY KEEP DEDUCTING MONTHLY FEES OUT OF MY MONEY WITH INTENT TO DEFRAUD THE ME THE MONEY MEANT FOR MY LITIGATION FEES. DESPITE RELENTLESS EFFORT TO TIMELY RESOLVE THIS MATTER AND STILL ACCOMPLISH THE PURPOSE FOR WHICH THE FUND WAS PROCURED WAS TO NO AVAIL. GREENDOT FAILED TO COMPLY WITH MY LETTERS DEMANDING THAT YOU EITHER UNLOCK THE CARDS, SO THAT I CAN PAY FOR MY LEGAL BILLS AND COURT COSTS OR MAKE A FULL REFUND OF THE MONEY ON THE CARDS WITHOUT FURTHER DELAYS.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

D. CLAIMS CONT.

6. THAT PRIVATE CONDUCT OF DEFENDANT IS ACTIONABLE UNDER 42 U.S.C. 1985(3), WHICH PROVIDES FOR DAMAGE ACTIONS AGAINST PERSONS WHO "CONSPIRE-- FOR THE PURPOSE OF DEPRIVING--ANY PERSON OF THE EQUAL PROTECTION OF THE LAWS, OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS.

7. 42 U.S.C. 1986, WHICH PROVIDES FOR DAMAGES LIABILITY FOR ANYONE "WHO, HAVING KNOWLEDGE THAT E A 1985 CONSPIRACY IS ABOUT TO BE COMMITTED, AND HAVING POWER TO PREVENT OR AID IN PREVENTING THE COMMISSION OF THE SAME, NEGLECTS OR REFUSES TO DO SO--".

8. THAT MY CONSTITUTIONAL AND OTHER FEDERAL LAW RIGHTS ARE VIOLATED

9. THAT THEY WERE VIOLATED BY CORPORATE GREED ACTING UNDER COLOR OF FEDERAL LAW.

10. THAT DEFENDANT VIOLATED INTERSTATE COMMERCE LAW CLAUSE.

11. THAT DEFENDANT COMMITTED THEFT BY CONVERSION OF HIS CARDS WHICH DEPRIVE HIM HIS CONSTITUTIONAL STATE AND FEDERAL DUE PROCESS.

MARCH 24, 2020 [signature]

12. DEFENDANT IS INTENTIONALLY AND PURPOSEFULLY HOLDING MY MONEY DURING CORONA VIRUS PENDEMIC TO PUNISH ME, IN VIOLATION OF MY CONSTITUTIONAL FEDERAL AND STATE FIRST, FOURTH, FIFTH, EIGHTH AND FOURTEENTH CONST. AMEND.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

THE CARDS AS MARKETED AND SOLD DID NOT STIPULATE CONDITIONS FOR USE OR REDEEMING THE FUNDS. INVARIABLY, WITHOUT WRITTEN PUBLIC NOTICE ON THEIR PRODUCTS AND MARKETING MATERIALS, THEY CANNOT POSTMORTEM SUCH CONSTRAINTS AS TO CAUSE INJURY, PAIN AND SUFFERRING GREAT EMOTIONAL DISTRESS TO THE CONSUMER.

SINCE, I COULD NOT AFFORD TO PAY MY LEGAL BILLS AND COURT COSTS BECAUSE OF THEIR ACTIONS. CALIFORNIA CIVIL CODE CONTRACTS SECTIONS 1619 THROUGH 1632 MAKES THEM LIABLE WITH GREAT POTENTIONAL OF A VERY LARGE AMOUNT IN PUNITIVE DAMAGES: TO WIT:

1. ACTUAL DAMAGE IN AMOUNT OF $1020.00
2. COMPENSATORY DAMAGE IN AMOUNT OF $10,000.00
3. PUNITIVE DAMAGE IN AMOUNT OF $250,000.00
4. DECLARATORY DAMAGE AND INJUNCTION TO COMPLY WITH GOOD BUSINESS PRACTICES
5. TO INITIATE CRIMINAL PROSECUTIONS TO WIT:
   i. 18 USC 241, 242
   ii. THEFT BY CONVERSION
6. DEFENDANTS SHOULD PAY COURT COSTS AND FEES
7. OTHER RELIEFS AS THE COURT SEEMS FIT.

MARCH 24, 2020
(Date)

[signature]
(Signature of Plaintiff)

MIKE REDFORD, ID# 1207476, E2-129B
CALHOUN STATE PRISON
P.O. BOX 249
MORGAN, GA. 39866

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 6 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

APR - 1 2020

FOREVER / USA
1011
FOREVER / USA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 180
LOS ANGLES, CALIFORNIA 90012

90012$3334

CALHOUN STATE PRISON
P.O. BOX [illegible]
MORGAN, GEORGIA [illegible]

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.