FIRST AMENDED COMPLAINT

MIKE REDFORD, #1207476
FULL NAME

N/A
COMMITTED NAME (if different)

27823 MAIN STREET
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. BOX 249, MORGAN
GA. 39866

PRISON NUMBER (if applicable)
1207476

FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MIKE REDFORD

PLAINTIFF,

v.

DAN HENRY: DIRECTOR, PRESIDENT
ET. AL.

DEFENDANT(S)

CASE NUMBER
CV-20-3260-JGB(PVC)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 6

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1. EQUAL HOUSING IN LAWRENCEVILL, GWINNETT COUNTY GEORGIA FOR EVICTING MY FAMILY FOR BEING AFRICAN AMERICANS.
2. THE SAME DIFFERENT PARTIES, FAIR HOUSING
3. THE SAME CAPITALIZING ON RACISM AGAINST BLACKS
4. ILLEGAL EXTRADICTION FROM PENNSYLVANIA
5. CRITICIZING JUDICIAL RACISM IN GEORGIA JUDICIAL SYSTEM.
5. FIGHTING JUDICIAL RACISM, TYRANNY AND INTIMIDATION.
6. THE SAME.

a. Parties to this previous lawsuit:
Plaintiff MIKE REDFORD

Defendants GWINNETT COUNTY JUDICIAL CIRCUIT

b. Court UNITED STATES DISTRICT COURT, ATLANTA, GEORGIA

c. Docket or case number 09-10807 (11th Cir. 2009)

d. Name of judge to whom case was assigned WILLIAM DUFFEY JR.

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) DISMISSED

f. Issues raised: FEDERAL FAIR HOUSING, RACIAL INTIMIDATION. CALL MY CHILDREN "NIGRELETS" 2009

g. Approximate date of filing lawsuit: 2009

h. Approximate date of disposition 2009

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not N/A

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not N/A

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff MIKE REDFORD
(print plaintiff's name)
who presently resides at CPS, MORGAN, GEORGIA,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
GREEN DOT CORP. PASADENA, CALIFORNIA
(institution/city where violation occurred)

on (date or dates) MARCH 24, 2020 (Claim I) N/A (Claim II), N/A (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendants DAN HENRY, (full name of first defendant) resides or works at
P.O. BOX 5100, PASADENA, CA. 91117 (full address of first defendant)
PRESIDENT (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendants was acting under color of law: N/A CORPORATION – NOT GOVERNMENT; NO GOVERNMENT AFFILIATION

2. Defendant BRANDON THOMPSON, VICE PRESIDENT (full name of first defendant) resides or works at
P.O. BOX 5100, PASADENA, CA. 91117 (full address of first defendant)
EXECUTIVE VICE PRESIDENT OF RETAIL, TAX AND PAYCARD DIVISIONS (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: N/A CORPORATION – EMPLOYEE

3. Defendant DANIEL ECKERT EVP & CHIEF PROD., (full name of first defendant) resides or works at
P.O. BOX 5100 PASADENA, CA. 91117 (full address of first defendant)
EVP & CHIEF PRODUCT, STRATEGY AND DEV. OFFICER (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: N/A CORPORATION. SEE ATTACHMENT MAILED SEPARATELY. EMPLOYEE

4. Defendant JESS UNRUH resides or works at
(full name of first defendant)
P.O. BOX 5100, PASADENA, CA. 91117
(full address of first defendant)
INTERIM CHIEF FINANCIAL OFFICER AND CHIEF ACCOUNTING OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: N/A
GREENDOT CORPORATION - EMPLOYEE

5. Defendant PHILIPP LERMA resides or works at
(full name of first defendant)
P.O. BOX 5100, PASADENA, CA. 91117
(full address of first defendant)
SVP & CHIEF RISK OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
CORPORATION EMPLOYEE

**D. CLAIMS*** SEE ATTACHMENT

**CLAIM I**

The following civil right has been violated:

THE ACTIONS OF THE DEFENDANTS STATED IN FACTS SECTION ATTACHED NUMBERED A THROUGH I DONE EITHER INDIVIDUALLY OR COLLECTIVELY IN THE NAME OF GREENROOT CORP. VIOLATED PLAINTIFFS UNITED STATES INTERSTATE COMMERCE CLAUSE, RIGHT TO CONTRACT, LIFE, LIBERTY AND PROPERTY. U.S.C.A. FIRST (FREEDOM OF SPEECH); FOURTH (THE RIGHT TO BE LEFT ALONE IN THE PRIVACY OF HIS HOME)) FIFTH (DUE PROCESS, DEPRIVATION OF FUNDS TO LITIGATE CASES IN THE COURT OF LAW), SIXTH (THE RIGHT TO COUNSEL DEPRIVATION OF FUNDS TO HIRE AND RETAIN COUNSEL)) SEVENTH (FINANCIAL ABILITY TO TAKE HIS CASE TO TRIAL); EIGHTH (DEPRIVATION OF MEDICAL CARE); SEE CONT.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

a. ~~[illegible]~~ GREENROOT CORPORATION CORPORATE TRANSACTION POLICY. SEE ATTACHMENT
b. GREENROOT CORPORATION. SEE ATTACHMENT
c. GREENROOT CORP. CARDHOLDER AGREEMENT. SEE ATTACHMENT
d. GREENROOT CORP. CUSTOM AND USAGE; SEE ATTACHMENT
e. ELEMENTS OF A BREACH OF CONTRACT CLAIM; SEE ATTACHMENT
f. CONTRACT, SEE ATTACHMENT
g. UNJUST ENRICHMENT, SEE ATTACHMENT
h. BREACH OF FIDUCIARY DUTY CLAIM, SEE ATTACHMENT
i. NEGLIGENCE, SEE ATTACHMENT
j. DAMAGES.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1. PLAINTIFF SEEKS ACTUAL DAMAGES IN THE AMOUNT OF $1,020.00
2. COMPENSATORY DAMAGES IN THE AMOUNT OF $10,000.00
3. PUNITIVE DAMAGES IN THE AMOUNT OF $250,000.00
4. DEFENDANTS TO PAY COURT COSTS, FEES AND ATTORNEY FEES
5. THAT COURT GRANTS HIM SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED TO
6. THAT DEFENDANTS BE ORDERED TO CONFORM WITH GOOD BUSINESS PRACTICES:
7. OTHERWISE THE COURT TO GRANT DISCOVERY WILL ENABLE PLAINTIFF TO ELICIT CORPORATE BYLAWS, POLICIES, COMMERCIAL POLICIES TO OBTAIN INTERNAL OPERATING MANUAL OF GREENDOT

6/11/2020
(Date)

[signature]
(Signature of Plaintiff)

MIKE REDFORD, ID#1207476, EQ
CALHOUN STATE PRISON
P.O. BOX 249
MORGAN, GA. 39866

TALLAHASSEE FL 323
JUN 2020 PM 3 L

FOREVER / USA FOREVER / USA

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2nd

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CA. 90012

90012$3334

# FIRST AMENDED COMPLAINT -Cont.

## (Attachment to the original)

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MIKE REDFORD

Plaintiff,

v.

Case. No. CV 20-3260 JGB(PVC)

Dan Henry, (**Director, Chief Executive Officer, and President**);

Brandon Thompson, (**Executive Vice President of Retail, Tax and PayCard Divisions**);

Daniel Eckert, (**EVP & Chief Product, Strategy and Development Officer**);

Jess Unruh, (**Interim Chief Financial Officer and Chief Accounting Officer**);

Philip Lerma, (**SVP & Chief Risk Officer**);

Ellen Richey, (**Director**);

George T. Shaheen, (**Lead Independent Director/Presiding Director**);

Glinda Bridgforth Hodges, (**Director**);

J. Chris Brewster, (**Director**);

Jeffrey B. Osher, (**Director**);

Kenneth C. Aldrich, (**Director**);

Rajeev V. Date, (**Director**);

Saturnino Nino Fanlo, (**Director**)

William I. Jacobs, (**Chairman**);

GREENDOT CORPORATION

Defendants

## PARTIES

Mike Redford, GCD # 1207476,E2

27823 Main Street

P.O.Box 249

Morgan, Georgia 39866

## GREENDOT CORPORATION

Dan Henry, (**Director, Chief Executive Officer, and President**);

Brandon Thompson, (**Executive Vice President of Retail, Tax and PayCard Divisions**);

Daniel Eckert, (**EVP & Chief Product, Strategy and Development Officer**);

Jess Unruh, (**Interim Chief Financial Officer and Chief Accounting Officer**);

Philip Lerma, (**SVP & Chief Risk Officer**);

Ellen Richey, (**Director**);

George T. Shaheen, (**Lead Independent Director/Presiding Director**);

Glinda Bridgforth Hodges, (**Director**);

J. Chris Brewster, (**Director**);

Jeffrey B. Osher, (**Director**);

Kenneth C. Aldrich, (**Director**);

Rajeev V. Date, (**Director**);

Saturnino Nino Fanlo, (**Director**)

William I. Jacobs, (**Chairman**);

GREENDOT CORPORATION

P.O.Box 5100

Pasadena, CA. 91117

# FACTS

## A. GREENDOT CORPORATION CORPORATE TRANSACTION POLICY

The Board of Green Dot Corporation (the "Company") has determined that it is appropriate to reinforce the continued attention and dedication of the Company's employees to their assigned duties without distraction in circumstances arising from the possibility of a Corporate Transaction of the Company.

## B. Greendot Corporation

1) Greendot is a machinery operated by all the Defendants under their respective assigned duties, the action of one is the action of all under Corporation as an entity.

2) If Greendot Corp. breaths, so is all its members breath, the breathe of agreement of mind under Corporate policy.

3) That Plaintiff's constitutional rights under interstate commerce clause were violated.

4) That Defendants sell Greendot prepaid debit cards through CVS Corp., Walgreen Corp., Rite Corp., Walmart Corp. etc. in Atlanta, Georgia.

5) That Defendants sold Greendot prepaid debit cards through Walmart Corp. in Atlanta, Georgia in or about 25th of November 2019.

6) The consideration component is a legal term of art that generally requires that both parties to the contract receive something of value, even if it is of little value,

Defendants violated this contract law. They took my money and gave me nothing back.

7) Defendants acted in bad faith, they breached the contract doing breached the covenent of implied duty of good faith and fair dealing.

8) Defendants intentionally and purposefully, deliberately did such deprivation to the Plaintiff because Plaintiff is in prison and was thought to be without legal remedy.

9) Defendants dishonored Plaintiff's reasonable expectations and performance requires by faithfulness to an agreed common purpose and consistency with the justified expectations of Greendot Corp. to Plaintiff.

10) That the Defendants' conduct was a substantial contributing cause of the Plaintiff's injury.

11) That they were violated by Defendants acting on Greendot Corporate policies and guidelines of the entity Greendot.

12) Defendants acted out of racial hostility and are know to block prisoners cards provided to them by their families for maintenance because they are in prison.

13) Defendants are liable under the doctrine of response at superior for acts that occur in the course of doing business under interstate commerce clause.

14) Plaintiff received three Greendot prepaid debit cards with collective value of $1,020.00 as Christmas gifts and attempted to use them to pay his legal fees.

15) Defendants have refused to give Plaintiff a refund despite his many letters requesting either full refund or to unblock his three Greendot prepaid debit cards.

16) Defendants blocked Plaintiff from accessing his money on Greendot prepaid cards:

17) That he diligently registered the cards.

18) Card 1 no. 4143-9702-1268-2375 Amount $500

19) Card 2 no. 4143-9702-1268-2383 Amount $500

20) Card 3 no. 4143-9701-9271-6953 Amount $20

21) Defendants blocked Plaintiff from accessing the money in the cards, but continue to deduct recurring about $7.99 monthly fees gradually defunding the money on the Greendot prepare cards.

22) Defendants continuous depletion of the funds on the cards while denying access to use the fund by Plaintiff is unjust enrichment.

23) That Plaintiff's continuous and consistent efforts to unblocked those cards by contacting Defendants through many letters were to no avail. See Exhibit "A".

24) Defendants were motivated by Corporate greed acting in violation of interstate commerce clause where the cards were purchased in Atlanta, Georgia.

25) Defendants are liable for knowing wrongful act committed and had the power to prevent its commission, but neglected and refused to do, are liable for all damages caused by the wrongful act.

26) Defendants conversion of his debit card deprived him life, liberty and property, constitutional based liberty interest and liberty and interests created by interstate commerce clause.

27) Defendants intentionally and purposefully withholding his money during the corona virus pandemic has cause great medical pain and suffering and insurmountable financial hardship psychologically affecting his mental state and mental abuse.

28) Defendants medical indifferent violated his U.S.C.A. eighth Const. Amend.

29) Defendants breaching a contract are liable for losses that are the natural and probable consequence of the Defendants' breach of the contract.

30) That the Plaintiff can recover the amount of damages necessary to put them in the position he thought would have been in had the contract been performed.

31) In a breach of contract action, a Plaintiff may recover the amount of damages that are required to place him in the same position he would have occupied had the breach not occurred.

32) The contract is enforceable and not void.

33) Fraud in the Inducement, Plaintiff argues that he would not have never entered into the contract but for a series of lies, misrepresentations, and concealments by the Defendants.

34) Undue influence, the Defendants put extreme levels of pressure or otherwise "dominated" Plaintiff's free will by using words, conduct, or both.

35) Essentially, the Defendants forced Plaintiff by their aggressive marketing, reliability of their products to enter into the contract and had no other choice. Under these extreme circumstances, the Defendants are liable to the Plaintiff for the breach.

## C. Greendot Corp. Cardholder Agreement

See Exhibit "B"

## D. Greendot Corp. Custom and Usage

a. Green Dot Corporation | Complaints | Better Business Bureau Profile(My account is closed. Yet, the number provided by green dot above is the same automated number that is on the back of the card. When you call that number there are no options to speak to a representative and you are ..)

b. (What do I do if Greendot closed my card while my money from my tax refund is still there? WalletHub, Mar 19, 2018 · 1 answer. What do I do if Greendot closed my card while my money from my tax refund is still there? A friend is trying to figure out how to take his money out ...)

c. (ImageFox 17 › 2015/03/20 › green-dot-bl...,Green Dot blocks GR woman after legit tax refund deposit; problem solved - Fox 17. Mar 20, 2015 · "[I] went to go to the store yesterday, and my card declined," she recalled. She said when she called to access her Green Dot card she was told her account "has been locked out." Here's the ..)

Imagehttps://www.aspkin.com › forums

d. Warning about green dot if you live in USA - eBay Suspended & PayPal Limited Forums - Aspkin, Jul 31, 2011 · 22 posts · 4 authors. The service representative told me that my accounts would be closed due to abusing Greendot and that I ... this has been a real headache for me,as Greendot was an easy way to create an account with ...)

Imagse: https://www.aspkin.com › forums

## E. Elements of a Breach of Contract Claim

a. The existence of a contract;

b. Performance by the Defendants or some justification for nonperformance;

c. Failure to perform the contract by the defendants; and,

d. Resulting damages to the Plaintiff.

## F. Contract

i. There is existence of a contract both an oral contract and a written contract.

ii. The Plaintiff performed the duties under the contract by buying and paying for the cards.

iii. The term of the contract provides that the Defendants honor the Greendot card on purchase and dispense the fund to Plaintiff to effectuate his financial transactions of which Defendants have breached.

iv. The Plaintiff has suffered damages causing pain and suffering, financial hardships, inability to maintain basic needs of hygiene, that he suffers from diabetes, high blood pressure ,high cholesterol, at the age of 63 years old and needed the money for his medications.

v. There was an agreement, where Greendot Corp. offers prepaid debit cards.

vi. Plaintiff accepted that offer by purchasing the prepaid debit cards.

vii. Defendants give Plaintiff the prepaid debit cards(called consideration).

## G. **Unjust Enrichment**

1. The Defendants received a benefit of the money paid on his three Greendot prepaid debit cards.
2. At the Plaintiff's expense of $1,020.00 Christmas gifts; and,
3. Under the circumstances that would make it unjust for the Defendants to retain the benefit without commensurate compensation.
4. Plaintiff is entitled to compensation for unjust enrichment from Defendants.

## H. **Breach of Fiduciary Duty Claim**

a) The Defendants were acting as a fiduciary of the Plaintiff, duty owed by officers and directors of a Corporation to its customers and general public.

b) The Defendants breached a fiduciary duty to the Plaintiff, owing the fiduciary duty they intentionally and purposefully breached such duty.

c) The Plaintiff suffered damages as a result of the breach; and

d) The Defendants' breach of fiduciary duty caused the Plaintiff's damages.

e) Fiduciary Duty is a duty of utmost good faith, trust, confidence, and candor owed by a fiduciary Greendot Corporate officers to the beneficiary Plaintiff.

f) A duty to act with the highest degree of honesty and loyalty toward the person of the Plaintiff and in the best interests of the Plaintiff.

g) A fiduciaries are entire Corporate managers of Greendot having duties, created by their undertakings, to act

primarily for the benefits of another in matters connected with the Greendot undertaking.

h) A fiduciary's obligations include a duty of loyalty, a duty to exercise reasonable care and skill, and a duty to deal impartially with beneficiaries.

i) Fiduciaries also owe a duty of utmost good faith.

j) Fiduciaries owe special duties because they on the financial industry with flamboyant national advertisements and have bought out their competitors like Netspent,Brinks,Gobank,Account Now,Ready Bank and Rush Card. They have become financial mogue monopolizing prepaid cards, leaving consumers with little or no choice but ton deal with them on every such transactions.

## I. **Negligence**

i. Defendants owed Plaintiff a duty of reasonable care.

ii. Defendants owed Plaintiff a duty of reasonable care to promptly provide his funds instead of putting him in a position where they cause him pain and suffering, financial hardships, inability to maintain basic needs of hygiene, that he suffers from diabetes, high blood pressure ,high cholesterol, at the age of 63 years old and needed the money for his medications were gross negligence, where the Defendants lacked even slight diligence or care.

iii. Defendants breached that duty by failing to make funds available to Plaintiff after repetitious letters to Green dot Corporation, none of those letters were replied to by the Defendants.

iv. The breach of the duty resulted in damages causing negligent/intentional infliction of emotional distress, fraud and misrepresentation.

v. The breach of duty proximately caused thoses damages.

## J. **Damages**

a) Pain and suffering debilitating, disfuntioning him to maintain self daily routines.

b) Financial hardships resulting on inability to secure basic needs of life.

c) Inability to maintain basic needs of hygiene, discomforts, smelling and resentment by others due to stenching body odors.

d) Aggravated his diabetes pain, shivers, drowsy, sleepless night.

e) Aggravated his high blood pressure, painful headaches,sleepless night.

f) Aggravated his high cholesterol, at the age of 63 years old and needed the money for his medications.

g) Plaintiff could not pay his medical co-pay to see the prison doctor.

h) Plaintiff could not pay for his medication.

i) Plaintiff could not buy medications of the prison store because of lack of funds the doings of the Defendants.

j) Plaintiff inability to pay his medical bills has resulted on his prison account being frozen.

k) Plaintiff has to depend on prison indigent postages because he could not buy stamps of the store.

l) Plaintiff could not pay for his litigation costs and fees.

m) Plaintiff could not competitively litigate both his criminal and civil actions with Defendants withholding his funds.

K. **CLAIMS**

I. **FIRST CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A.

First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

a. Defendants violated their Greendot Corporate policies when they failed to address the issues raised concerning his prepaid cards violating his constitutional rights as enumerated above.

b. Defendants Greendot Corp. violated his constitutional rights enumerated in facts section A above.

II. **SECOND CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

a) Defendants' discriminatory treatment of Plaintiff's issues violated Greendot Corp. cardholder agreement.

b) Defendants, failure to abid to cardholder agreement in addressing complaint concerning his prepaid cards violated his constitutional rights as enumerated in facts section C. above.

c) Defendants, employees of Greendot Corp. have custom and usage in the way they treat minority customers cardholder agreement in addressing complaint concerning prepaid cards

violated his constitutional rights as enumerated in facts section D. above.

## III. **THIRD CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

i. Defendants knew or should have known of the existence of a contract;

ii. None performance by the Defendants or some justification for nonperformance were proffered to Plaintiff on request.

iii. Failure to perform the contract by the defendants, resulting damages to the Plaintiff not because of impossibilities but their refusal to honor the contract.

iv. The defense of impossibility of performance is straightforward. If the defendant cannot perform under the contract and the event causing the impossibility of performance is outside of the defendants' control then the defendants may be "excused" from performance.

v. Defendants'failure to address Plaintiff's complaint concerning his prepaid cards violated his constitutional rights as enumerated in facts section E. above.

## VI. **FOURTH CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life,

liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

1) Defendants intentionally and purposefully breached the contract.

2) Defendants knew or should have known that there is an existence of a contract both an oral contract and a written contract.

3) The Plaintiff purchased prepaid cards for purposes enumerated on section F. above.

4) Defendants owe duties to Plaintiff under the contract by buying and paying for the cards.

5) The term of the contract provides that the Defendants honor the Greendot card on purchase and dispense the fund for Plaintiff to effectuate his financial needs, nonperformance of which harmed and injured Plaintiff, section I.

6) Defendants' treatment of Plaintiff constituted a deprivation of liberty requiring due process.

7) The Plaintiff has suffered damages causing pain and suffering, financial hardships, inability to maintain basic needs of hygiene, that he suffers from diabetes, high blood pressure , high cholesterol, at the age of 63 years old and needed the money for his medications.

8) Defendants' treatment of Plaintiff constituted deliberate indifference to serious medical needs of prisoner.

9) It constitutes the unnecessary and wanton infliction of pain proscribed by the Eighth Amendment.

10) It violated substantive due process of the Plaintiff.

11) Those were interstate transactions between California and Georgia,there was an agreement, where Greendot Corp. offers prepaid debit cards.

12) Their actions violated United States Constitution on Interstate Commerce Clause.

13) Commerce clause,provision of the U.S.Constitution (Article I, Section 8) that authorizes Congress to regulate Commerce with foreign Nations, and among the several States, and with Indian Tribes.

14) Plaintiff accepted that offer by purchasing the prepaid debit cards under the facts of section F. above with expectations of Greendot Corp. performance.

15) Defendants gave Plaintiff the prepaid debit cards(called consideration), but withheld access to the funds with intention to monthly fees to deplet the funds by conversion.

16) Conversion is an intentional tort consisting of taking with the intent of exercising over the chattel an ownership inconsistent with the real owner's right of possession.

## V. **FIFTH CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

1. The Defendants received a benefit of the money paid on his three Greendot prepaid debit cards.

2. The Defendants withheld the fraudulently withheld the funds.

3. Fraud lawcovers a broad range of crimes and civil tort actions that address situations in which a person wrongfully obtains money, property, or other benefits by deceit, for unjust enrichment.

4. At the Plaintiffs expense of $1,020.00 Christmas gifts.

5. Fraud is a broad term that refers to acts intended to swindle someone. In essence, it's the use of intentional deception for monetary or personal gain.

6. Under the circumstances that would make it unjust for the Defendants to retain the benefit without commensurate compensation under unjust enrichment.

7. Fraud always includes a false statement, misrepresentation or deceitful conduct.

8. The purpose is to gain something of value, usually money, by misleading or deceiving someone into believing something that the perpetrator knows to be false.

9. Plaintiff is entitled to compensation for unjust enrichment from Defendants.

10. Defendants'failure to address Plaintiff's complaint concerning his prepaid cards violated his constitutional rights as enumerated in facts section F. above.

## V. **SIXTH CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave);

Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

i. The Defendants were acting as a fiduciary of the Plaintiff, duty owed by officers and directors of a Corporation to its customers and general public protected by United States Constitution.

ii. Consumer protection is the practice of safeguarding buyers of goods and services, and the public, against unfair practices in the marketplace. Consumer protection measures are often established by law.

iii. Consumer protection measures are often established by law. Such laws are intended to prevent businesses from engaging infraudor specifiedunfair practicesin order to gain an advantage over competitors or to mislead consumers.

iv. They may also provide additional protection for the general public which may be impacted by a product (or its production) even when they are not the direct purchaser or consumer of that product.

v. Competition law is a law that promotes or seeks to maintain market competitionby regulating anti-competitive conduct by companies.

vi. Competition law is known as antitrust law in the United States for historical reasons, and as "anti-monopolylaw"

vii. The Defendants breached a fiduciary duty to the Plaintiff, owing the fiduciary duty they intentionally and purposefully breached such duty violating U.S. Constitution stated above.

viii. The Plaintiff suffered damages as a result of the breach, violating U.S. Constitution stated above.

ix. The Defendants' breach of fiduciary duty caused the Plaintiffs damages, violating U.S. Constitution stated above.

x. Fiduciary Duty is a duty of utmost good faith, trust, confidence, and candor owed by a fiduciary Greendot Corporate officers to the beneficiary Plaintiff, violating U.S. Constitution stated above.

xi. A duty to act with the highest degree of honesty and loyalty toward the person of the Plaintiff and in the best interests of the Plaintiff, violating U.S. Constitution stated above.

xii. A fiduciaries are entire Corporate managers of Greendot having duties, created by their undertakings, to act primarily for the benefits of another in matters connected with the Greendot undertaking, violating U.S. Constitution stated above.

xiii. A fiduciarys obligations include a duty of loyalty, a duty to exercise reasonable care and skill, and a duty to deal impartially with beneficiaries, violating U.S. Constitution stated above.

xiv. Fiduciaries also owe a duty of utmost good faith, violating U.S. Constitution stated above.

xv. Fiduciaries owe special duties because they on the financial industry with flamboyant national advertisements and bought out their competitors like Net spent,Brinks,Gobank,Account Now,Ready Bank and Rush Card. They have become financial mogue monopolizing prepaid cards, leaving consumers with little or no choice but ton deal with them on every such transactions, violating U.S. Constitution stated above.

**xvi.** Defendants'failure to address Plaintiff's complaint concerning his prepaid cards violated his constitutional rights as enumerated in facts section H. above.

## VI. **SEVENTH CAUSE OF ACTION**

The actions of the Defendants stated in facts section above numbered A through I done either individually or collectively in the name of Greendot Corp. violated Plaintiff's United States Interstate Commerce Clause, right to contract,life, liberty and property, U.S.C.A. First(freedom of speech); Fourth(the fight to be left alone in the privacy of his home); Fifth( due process, deprivation of funds to litigate cases in the court of law); Sixth( the right to counsel deprivation of

funds to hire and retain counsel); seventh( financial ability to take his case to trial); eighth ( deprivation of medical care); thirteenth ( deprivation of funds continued his status as Negro slave); Fourteenth(lack of funds resulting deprivation of due process, equal protection, privileges and immunities).

a) Defendants owed Plaintiff a duty of reasonable care, and this legal obligation was violated by not honoring the contract.

b) A breach is a violation of a law or duty, the Defendants breached their duties, they are liable for negligence.

c) Defendants owed Plaintiff a duty of reasonable care to promptly provide his funds instead of putting him in a position where they cause him pain and suffering, financial hardships, inability to maintain basic needs of hygiene, that he suffers from diabetes, high blood pressure ,high cholesterol, at the age of 63 years old and needed the money for his medications were gross negligence, where the Defendants lacked even slight diligence or care.

d) The breach of duty caused harm to the Plaintiff, deliberate indifference to standard of medical care for elderly black man with major medical needs.

e) The Eighth Amendment of the Constitution protects prisoners from cruel and unusual punishment.

f) In 1976, the Supreme Court said in Estelle v. Gamble that a prison staff's deliberate indifference to the serious medical needs of prisoners is cruel and unusual punishment forbidden by the Eighth Amendment.

g) Estelle v. Gamble that a prison staff's deliberate indifference to the serious medical needs of prisoners is cruel and unusual punishment forbidden by the Eighth Amendment.

h) Defendants breached that duty by failing to make funds available to Plaintiff after repetitious letters to Green dot Corporation, none of those letters were replied to by the Defendants mounting to violation of Estelle v. Gamble.

i) Where the laws of intentional torts allow a plaintiff to sue for harm the defendant caused on purpose, the laws of negligence allow a plaintiff to sue for harm the defendant caused either by accident or through reckless behavior.

j) The defendant breached that legal duty by acting or failing to act in a certain way.

k) The defendants knew or should have known, could reasonably have foreseen that theirs actions might cause an injury to 63 years old Blackman with major major medical life threatening chronic cares.

l) The defendants owe the plaintiff a legal duty to act with reasonable care in an urgent medical needs in certain situation.

m) It was the defendants' actions or inaction that actually caused the plaintiff's injury.

n) The breach of the duty resulted in damages causing negligent/intentional infliction of emotional distress, fraud and misrepresentation.

o) The defendant breached this duty by doing or not doing something that a reasonably prudent person would do under similar circumstances.

p) The Plaintiff was harmed or injured as a result of the defendants' actions.

**q)** The breach of duty proximately caused thoses damages.

**xvii.** Defendants'failure to address Plaintiff's complaint concerning his prepaid cards violated his constitutional rights as enumerated in facts section I. above.

**r)**

## L. **Relief**

1) Plaintiff seeks actual damages in the amount of $1,020.00

2) Compensatory damages in the amount of $10,000.00

3) Punitive damages in the amount of $250,000.00

4) Defendants to pay court costs, fees and attorney fees

5) That court grants him such other relief as it may appear Plaintiff is entitled to.

6) That Defendants be ordered to conform with good business practices.

7) Otherwise, the court to grant discovery will enable Plaintiff to elicit Corporate bylaws, policies, commercial policies, to obtain internal operating manual of Greendot.

Respectfully Submitted

Mike Redford

Date: This 11, June 2020

DR. Mike Kedford, GCY #1207476, E2
Calhoun State Prison
P.O. Box 249
Morgan, GA 39866

U.S. POSTAGE PAID
FCM LG ENV
WINDER, GA
30680
JUN 16, 20
AMOUNT
$2.20
R2305M145732-35

UNITED STATES POSTAL SERVICE
1028
90012

PVC

United States District Cou[rt]
Central District of Californi[a]
Office of the Clerk
255 East Temple Street, Ro[om]
Los Angeles, C.A. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 19 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY