1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10
11 MIKE REDFORD, | Case No. CV 20-3260 JGB (PVC)
12 Plaintiff,
13 v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**
14 GREENDOT CORPORATION, et al.,
15 Defendants.
16
17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended
18 Complaint, all the records and files herein, and the Report and Recommendation of the
19 United States Magistrate Judge. The time for filing Objections to the Report and
20 Recommendation has passed and no Objections have been received. Accordingly, the
21 Court accepts and adopts the findings, conclusions and recommendations of the
22 Magistrate Judge.
23
24     IT IS ORDERED that the Second Amended Complaint is dismissed. Judgment
25 shall be entered dismissing the Second Amended Complaint's federal claims with
26 prejudice for failure to state a claim and its state law claims without prejudice for lack of
27 jurisdiction.
28

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 | Judgment herein on Plaintiff at his current address of record.
3 |
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.
5 |
6 | DATED: February 26, 2021
7 |
8 | JESUS G. BERNAL
   | UNITED STATES DISTRICT JUDGE
9 |
10 |
...
28 |