JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE REDFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>GREENDOT CORPORATION, et al.,<br><br>  Defendants. | Case No. CV 20-3260 JGB (PVC)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the federal claims in the above-captioned action are dismissed with prejudice for failure to state a claim and that the state law claims are dismissed without prejudice for lack of jurisdiction.

DATED: February 26, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE